**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT

Appellate case name:     Jesus Gonzalez v. The State of Texas

Appellate case number:   01-12-01115-CR

Trial court case number:  1307888

Trial court:             177th District Court of Harris County

This case was abated and remanded to the trial court to hold an evidentiary hearing on appellant's motion for new trial. The district clerk has filed a supplemental clerk's record containing the trial court's order denying the motion. The court reporter has filed a record of the motion for new trial hearing. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ <u>Justice Terry Jennings</u>
              ☑ Acting individually     ☐ Acting for the Court

Date:  September 3, 2013